March 15, 2005

The Honorable Kent A. Jordan
United States District Court
844 King Street, Lockbox 10
Wilmington DE  19801

      Re:  ***Jaclyn Dryden v. Dollar General Corporation and Dolgencorp, Inc.*
          *C.A. 04-1528-KAJ***

Dear Judge Jordan:

    After our telephone scheduling conference of March 11, 2005 counsel is in agreement with and submits the attached scheduling order.

                Sincerely yours,

                <u>/s/ John S. Grady, Esquire (#009)</u>
                6 N. Bradford Street
                Dover DE  19904
                (302) 678-1265
                jgrady@gradyhampton.com

JSG:rd
cc    Adria B. Martinelli, Esquire
       Anthony Hall, Esquire