IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JACLYN DRYDEN, | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 04-1528-KAJ |
| | ) |
| DOLLAR GENERAL CORPORATION, | ) |
| and DOLGENCORP, INC., | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

I, Adria B. Martinelli, Esquire, hereby certify that on March 21, 2005, a true and correct copy of **Dolgencorp, Inc.'s First Set of Interrogatories to Plaintiff and First Request for Production of Documents to Plaintiff** were served by depositing same in the United States Mail, postage prepaid, to the following counsel of record.

>John S. Grady, Esquire
>Grady and Hampton, LLC
>6 North Bradford Street
>Dover, DE 19904

>YOUNG CONWAY STARGATT & TAYLOR LLP
>
>/s/ Adria B. Martinelli
>Adria B. Martinelli, Esquire (Bar I.D. 4056)
>The Brandywine Building, 17th Floor
>1000 West Street, P.O. Box 391
>Wilmington, Delaware 19899-0391
>Telephone: (302) 571-6613
>Facsimile: (302) 576-3314
>Email: amartinelli@ycst.com

Of COUNSEL:
Anthony J. Hall, Esquire
Natalie J. Hall, Esquire
FISHER & PHILLIPS LLP
1250 Lincoln Plaza
300 South Orange Avenue
Orlando, FL 32801
Telephone: (407) 541-0888
Facsimile: (407) 541-0887

Attorneys for Defendants
DOLLAR GENERAL CORPORATION and
DOLGENCORP, INC.

Dated:  March 21, 2005

## CERTIFICATE OF SERVICE

I, Adria B. Martinelli, Esquire, hereby certify that on March 21, 2005, I electronically filed a true and correct copy of the foregoing **Notice of Service** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>John S. Grady, Esquire
>Grady and Hampton, LLC
>6 North Bradford Street
>Dover, DE 19904

>YOUNG CONWAY STARGATT & TAYLOR LLP

>/s/ Adria B. Martinelli
>Adria B. Martinelli, Esquire (Bar I.D. 4056)
>The Brandywine Building, 17th Floor
>1000 West Street, P.O. Box 391
>Wilmington, Delaware 19899-0391
>Telephone: (302) 571-6613
>Facsimile: (302) 576-3314
>Email: amartinelli@ycst.com
>Attorneys for Defendants
>DOLLAR GENERAL CORPORATION and
>DOLGENCORP, INC.