IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JACLYN DRYDEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-1528-KAJ |
| | ) |
| DOLLAR GENERAL CORPORATION, | ) |
| and DOLGENCORP. INC., | ) |
| | ) |
| Defendants. | ) |

### DEFENDANTS' RULE 26(A)(1) DISCLOSURES

COME NOW Defendant DOLGENCORP, INC., and improperly named Defendant DOLLAR GENERAL CORPORATION[1] (hereinafter "Dollar General "), by and through its undersigned counsel and pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, and Local Rule 3.03, and submits its Rule 26(a)(1) disclosures.

A.  In addition to the Plaintiff, the following individuals are likely to have discoverable information Dollar General may use to support its defenses. To the extent these witnesses are current Dollar General employees, they may only be contacted through counsel for Dollar General.

---

[1] Although Plaintiff sued both Dolgencorp, Inc., and Dollar General Corporation, only Dolgencorp, Inc., is a proper defendant. Dolgencorp, Inc., owned and operated the stores in the district managed by Plaintiff and it employed Plaintiff. Dollar General Corporation does not operate any stores nor does it employ any store or district level employees in Florida.

1.  William Berry
    247 C Camden Wyoming Avenue
    Camden, DE 19963

Knowledge: Mr. Berry has knowledge concerning Plaintiff's employment and the allegations contained in Plaintiff's Complaint.

2.  Jeannette Kennedy
    20 Brandywine Road
    Milford, DE 19963

Knowledge: Ms. Kennedy has knowledge concerning Plaintiff's employment and the allegations contained in Plaintiff's Complaint. In addition, Ms. Kennedy as Area Manager, investigated Plaintiff's Complaint.

3.  Karen Hawkins
    74 Main Street
    P. O. Box 162
    Hartley, DE 19953

Knowledge: Ms. Hawkins has knowledge concerning Plaintiff's employment and the allegations contained in Plaintiff's Complaint.

4.  Anna Clark
    146 Roosevelt Avenue
    Dover, DE 19901

Knowledge: Ms. Clark has knowledge concerning the allegations contained in Plaintiff's Complaint.

5.  Tracy Channel
    150 D. Willis Road
    Dover, DE 19901

Knowledge: Ms. Channel has knowledge concerning the allegations contained in Plaintiff's Complaint.

6.  Eva Clark
    c/o Dolgencorp, Inc.
    100 Mission Ridge
    Goodlettsville, TN 37072

Knowledge: Ms. Clark has knowledge concerning the allegations contained in Plaintiff's Complaint. In addition, Ms. Clark was involved with the investigation into Plaintiff's Complaint.

7.  Antonio Riddick
    462 Sussex
    Dover, DE 19901

Knowledge: Mr. Riddick has knowledge concerning Plaintiff's employment and the allegations contained in Plaintiff's Complaint.

8.  Susan Shade
    c/o Dolgencorp, Inc.
    100 Mission Ridge
    Goodlettsville, TN 37072

Knowledge: Ms. Shade has knowledge concerning Plaintiff's employment and the allegations contained in Plaintiff's Complaint.

    B.    The following documents may be relevant to this action and will be provided to Plaintiff:

1.  Plaintiff's personnel file;

2.  Documents relating to Dollar General's non-discrimination and non-retaliatory policies and practices, and other documents related to Dollar General's good-faith efforts to comply with federal and state law; and

3.  Non-privileged documents relating to the investigation into Plaintiff's complaint.

    C.    Not applicable.

D.  There is no insurance policy that is likely to be called upon to satisfy the claims made in this case.

Dollar General states that discovery and the investigation of the claims and defenses in this case are continuing. Therefore, Dollar General reserves the right to supplement the disclosures provided herein at any time should additional information become available. Moreover, this disclosure does not waive any attorney-client, attorney work-product or any other applicable privilege.

> YOUNG CONWAY STARGATT & TAYLOR LLP
>
> /s/ Adria B. Martinelli
> Adria B. Martinelli, Esquire (Bar I.D. 4056)
> The Brandywine Building, 17th Floor
> 1000 West Street, P.O. Box 391
> Wilmington, Delaware 19899-0391
> Telephone: (302) 571-6613
> Facsimile: (302) 576-3314
> Email: amartinelli@ycst.com
>
> Of COUNSEL:
> Anthony J. Hall, Esquire
> Natalie J. Hall, Esquire
> FISHER & PHILLIPS LLP
> 1250 Lincoln Plaza
> 300 South Orange Avenue
> Orlando, FL 32801
> Telephone: (407) 541-0888
> Facsimile: (407) 541-0887
>
> Attorneys for Defendants
> DOLLAR GENERAL CORPORATION and
> DOLGENCORP, INC.

Dated: March 23, 2005