IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JACLYN DRYDEN,                            )
                     Plaintiff,           )
                                          )
          v.                              )   C.A. No. 04-1528-KAJ
                                          )
DOLLAR GENERAL CORPORATION,               )
and DOLGENCORP, INC.,                     )
                     Defendants.          )

### NOTICE OF SERVICE

        I, Adria B. Martinelli, Esquire, hereby certify that on April 6, 2005, a true and correct copy of **Defendants' Supplemental Rule 26(a)(1) Disclosures** were served by depositing same in the United States Mail, postage prepaid, to the following counsel of record.

        John S. Grady, Esquire
        Grady and Hampton, LLC
        6 North Bradford Street
        Dover, DE 19904

        YOUNG CONWAY STARGATT & TAYLOR LLP

        /s/ Adria B. Martinelli
        Adria B. Martinelli, Esquire (Bar I.D. 4056)
        The Brandywine Building, 17th Floor
        1000 West Street, P.O. Box 391
        Wilmington, Delaware 19899-0391
        Telephone: (302) 571-6613
        Facsimile: (302) 576-3314
        Email: amartinelli@ycst.com

Of COUNSEL:
Anthony J. Hall, Esquire
Natalie J. Hall, Esquire
FISHER & PHILLIPS LLP
1250 Lincoln Plaza
300 South Orange Avenue
Orlando, FL 32801
Telephone: (407) 541-0888
Facsimile: (407) 541-0887

Attorneys for Defendants
DOLLAR GENERAL CORPORATION and
DOLGENCORP, INC.

WP3:1095185 1

063717 1002

## CERTIFICATE OF SERVICE

I, Adria B. Martinelli, Esquire, hereby certify that on April 6, 2005, I

electronically filed a true and correct copy of the foregoing **Notice of Service** with the Clerk

of the Court using CM/ECF, which will send notification that such filing is available for

viewing and downloading to the following counsel of record:

> John S. Grady, Esquire
> Grady and Hampton, LLC
> 6 North Bradford Street
> Dover, DE 19904

> YOUNG CONWAY STARGATT & TAYLOR LLP

> /s/ Adria B. Martinelli
> Adria B. Martinelli, Esquire (Bar I.D. 4056)
> The Brandywine Building, 17th Floor
> 1000 West Street, P.O. Box 391
> Wilmington, Delaware 19899-0391
> Telephone: (302) 571-6613
> Facsimile: (302) 576-3314
> Email: amartinelli@ycst.com
> Attorneys for Defendants
> DOLLAR GENERAL CORPORATION and
> DOLGENCORP, INC.