**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JACLYN DRYDEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No.: 04-1528-KAJ |
| v. | ) |
| | ) |
| DOLLAR GENERAL CORPORATION, | ) |
| and DOLGENCORP, INC., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5.4, the Undersigned certifies:

Two true copies of **Plaintiff's Answers to Defendant Dolgencorp, Inc.'s First Set of Interrogatories Directed to Plaintiff** and **Plaintiff's Responses to Defendant Dolgencorp, Inc.'s First Request for Production of Documents** were served on:

Young Conaway Stargatt & Taylor, LLP
Adria B. Martinelli, Esquire (#4056)
The Brandywine Building
1000 West Street, 17th Floor
PO Box 391
Wilmington DE  19899-0391
*Attorneys for Defendant*


OF COUNSEL:
Anthony J. Hall, Esq.
FISHER & PHILLIPS LLP
1250 Lincoln Plaza
300 South Orange Avenue
Orlando, Florida 32801

A. Service was made by mailing two copies postage pre-paid through the United States Postal Service on April 25, 2005.

B.  The original Plaintiff's Answers to Defendant Dolgencorp, Inc.'s First Set of Interrogatories Directed to Plaintiff and Plaintiff's Responses to Defendant Dolgencorp, Inc.'s First Request for Production Directed to Plaintiff have been retained by the undersigned as custodian.

GRADY & HAMPTON, LLC

  /S/ John S. Grady, Esquire (009)
John S. Grady, Esquire (I. D. No. 009)
Laura F. Browning, Esquire (I.D. No. 4504)
6 North Bradford Street
Dover, DE  19904
(Tel. 302-678-1265)
jgrady@gradyhampton.com
*Attorneys for plaintiff*

DATED:  April 25, 2005