IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JACLYN DRYDEN, ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 04-1528-KAJ |
| ) | |
| DOLLAR GENERAL CORPORATION, ) | |
| and DOLGENCORP, INC., ) | |
| Defendants. ) | |

### NOTICE OF SERVICE

I, Adria B. Martinelli, Esquire, hereby certify that on April 28, 2005, a true and correct copy of **Defendants Dollar General Corporation and Dolgencorp, Inc.'s Responses and Objections to Plaintiff's First Request for Production** were served by depositing same in the United States Mail, postage prepaid, to the following counsel of record.

John S. Grady, Esquire
Grady and Hampton, LLC
6 North Bradford Street
Dover, DE 19904

YOUNG CONWAY STARGATT & TAYLOR LLP

/s/ Adria B. Martinelli
Adria B. Martinelli, Esquire (Bar I.D. 4056)
The Brandywine Building, 17th Floor
1000 West Street, P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6613
Facsimile: (302) 576-3314
Email: amartinelli@ycst.com

OF COUNSEL:
Anthony J. Hall, Esquire
Natalie J. Hall, Esquire
FISHER & PHILLIPS LLP
1250 Lincoln Plaza
300 South Orange Avenue
Orlando, FL 32801
Telephone: (407) 541-0888
Facsimile: (407) 541-0887

Attorneys for Defendants
DOLLAR GENERAL CORPORATION and
DOLGENCORP, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JACLYN DRYDEN, ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 04-1528-KAJ |
| ) | |
| DOLLAR GENERAL CORPORATION, ) | |
| and DOLGENCORP, INC., ) | |
| Defendants. ) | |

### CERTIFICATE OF SERVICE

I, Adria B. Martinelli, Esquire, hereby certify that on April 28, 2005, I electronically filed a true and correct copy of the foregoing **Notice of Service** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

John S. Grady, Esquire
Grady and Hampton, LLC
6 North Bradford Street
Dover, DE 19904

YOUNG CONWAY STARGATT & TAYLOR LLP

/s/ Adria B. Martinelli
Adria B. Martinelli, Esquire (Bar I.D. 4056)
The Brandywine Building, 17th Floor
1000 West Street, P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6613
Facsimile: (302) 576-3314
Email: amartinelli@ycst.com
Attorneys for Defendants
DOLLAR GENERAL CORPORATION and
DOLGENCORP, INC.