IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JACLYN DRYDEN, ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 04-1528-KAJ |
| ) | |
| DOLLAR GENERAL CORPORATION, ) | |
| and DOLGENCORP, INC., ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

I, Adria B. Martinelli, Esquire, hereby certify that on July 21, 2005, a true and correct copy of **Defendant Dolgencorp, Inc.'s Third Request for Production of Documents to Plaintiff** were served by depositing same in the United States Mail, postage prepaid, and that I electronically filed a true and correct copy of this Notice of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record to the following counsel of record.

    John S. Grady, Esquire
    Grady and Hampton, LLC
    6 North Bradford Street
    Dover, DE 19904

    YOUNG CONWAY STARGATT & TAYLOR LLP

    /s/ Adria B. Martinelli
    Adria B. Martinelli, Esquire (Bar I.D. 4056)
    The Brandywine Building, 17th Floor
    1000 West Street, P.O. Box 391
    Wilmington, Delaware 19899-0391
    Telephone: (302) 571-6613
    Facsimile: (302) 576-3314
    Email: amartinelli@ycst.com

OF COUNSEL:
Anthony J. Hall, Esquire
Natalie J. Hall, Esquire
FISHER & PHILLIPS LLP
1250 Lincoln Plaza
300 South Orange Avenue
Orlando, FL 32801
Telephone: (407) 541-0888
Facsimile: (407) 541-0887

Attorneys for Defendants
DOLLAR GENERAL CORPORATION and
DOLGENCORP, INC.