IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JACLYN DRYDEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-1528-KAJ |
| | ) |
| DOLLAR GENERAL CORPORATION, | ) |
| and DOLGENCORP, INC., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT DOLGENCORP, INC.'S FOURTH REQUEST FOR
PRODUCTION OF DOCUMENTS TO PLAINTIFF**

COMES NOW, Defendant DOLGENCORP, INC. (hereinafter "Dollar General" or "Defendant"), by and through its undersigned counsel, and hereby requests, pursuant to Federal Rule of Civil Procedure 34, that Plaintiff JACLYN DRYDEN (hereinafter "Plaintiff") produce the documents described below. The requested documents are to be served on Defendant's counsel within thirty (30) days from the date of service of this Request.

This Request covers all documents which are in Plaintiff's possession, custody or control, available to Plaintiff, or in the possession, custody, control or available to any representative of Plaintiff.

     69. Complete copies of journals you kept in relation to your mental health counseling as referenced in the progress notes from Community Health Center (documents you produced Bates numbered P00133 through P00211).

        YOUNG CONWAY STARGATT & TAYLOR, LLP

        /s/ Adria B. Martinelli
        Adria B. Martinelli, Esquire (Bar I.D. 4056)
        The Brandywine Building, 17th Floor
        1000 West Street, P.O. Box 391
        Wilmington, Delaware 19899-0391
        Telephone: (302) 571-6613
        Facsimile: (302) 576-3314
        Email: amartinelli@ycst.com

        Of COUNSEL:
        Anthony J. Hall, Esquire
        Natalie J. Storch, Esquire
        FISHER & PHILLIPS LLP
        1250 Lincoln Plaza
        300 South Orange Avenue
        Orlando, FL 32801
        Telephone: (407) 541-0888
        Facsimile: (407) 541-0887

        Attorneys for Defendants
        DOLLAR GENERAL CORPORATION and
        DOLGENCORP, INC.

DATED:  July 27, 2005

1770140-1                            063717.1002
DB01:1770140.1                      063717.1002

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JACLYN DRYDEN, ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 04-1528-KAJ |
| ) | |
| DOLLAR GENERAL CORPORATION, ) | |
| and DOLGENCORP, INC., ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

I, Adria B. Martinelli, Esquire, hereby certify that on July 27, 2005, a true and correct copy of **Defendant Dolgencorp, Inc.'s Fourth Request for Production of Documents to Plaintiff** were served by depositing same in the United States Mail, postage prepaid, and that I electronically filed a true and correct copy of this Notice of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record to the following counsel of record.

John S. Grady, Esquire
Grady and Hampton, LLC
6 North Bradford Street
Dover, DE 19904

YOUNG CONWAY STARGATT & TAYLOR LLP

/s/ Adria B. Martinelli
Adria B. Martinelli, Esquire (Bar I.D. 4056)
The Brandywine Building, 17th Floor
1000 West Street, P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6613
Facsimile: (302) 576-3314
Email: amartinelli@ycst.com

OF COUNSEL:
Anthony J. Hall, Esquire
Natalie J. Hall, Esquire
FISHER & PHILLIPS LLP
1250 Lincoln Plaza
300 South Orange Avenue
Orlando, FL 32801
Telephone: (407) 541-0888
Facsimile: (407) 541-0887

Attorneys for Defendants
DOLLAR GENERAL CORPORATION and
DOLGENCORP, INC.