IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JACLYN DRYDEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No.: 04-1528-KAJ |
| v. ) | |
| ) | |
| DOLLAR GENERAL CORPORATION, ) | |
| and DOLGENCORP, INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

Pursuant to Fed. R. Civ. P. 5.4, the Undersigned certifies that Two true copies of the following documents:

1. AMENDED RULE 26(a)(1) DISCLOSURE REQUIREMENTS BY THE PLANITIFF

2. PLAINTIFF'S RESPONSE TO DEFENDANT'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS

3. PLAINTIFF'S DISCLOSURE OF EXPERT TESTIMONY PURSUANT TO RULE 26(a)(2)

were served on:

Young Conaway Stargatt & Taylor, LLP
Adria B. Martinelli, Esquire (#4056)
The Brandywine Building
1000 West Street, 17th Floor
PO Box 391
Wilmington DE  19899-0391
*Attorneys for Defendant*

OF COUNSEL:
Anthony J. Hall, Esq.
FISHER & PHILLIPS LLP
1250 Lincoln Plaza
300 South Orange Avenue
Orlando, Florida 32801

A. Service was made by mailing two copies postage pre-paid through the United States Postal Service on July 27, 2005.

B. The original AMENDED RULE 26(a)(1) DISCLOSURE REQUIREMENTS BY THE PLAINTIFF and PLAINTIFF'S RESPONSE TO DEFENDANT'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS and PLAINTIFF'S DISCLOSURE OF EXPERT TESTIMONY PURSUANT TO RULE 26(a)(2) have been retained by the undersigned as custodian.

        GRADY & HAMPTON, LLC

        __/S/ Laura Browning, Esquire (4504)____
        John S. Grady, Esquire (I. D. No. 009)
        Laura F. Browning, Esquire (I.D. No. 4504)
        6 North Bradford Street
        Dover, DE  19904
        (Tel. 302-678-1265)
        jgrady@gradyhampton.com
        lbrowning@gradyhampton.com
        *Attorneys for plaintiff*

DATED:  July 27, 2005