**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JACLYN DRYDEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No.: 04-1528-KAJ |
| v. | ) |
| | ) |
| DOLLAR GENERAL CORPORATION, | ) |
| and DOLGENCORP, INC., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5.4, the Undersigned certifies that Two true copies of the following documents:

1. PLAINTIFF'S RESPONSE TO DEFENDANTS' THIRD AND FOURTH REQUEST FOR PRODUCTION OF DOCUMENTS

were served on:

Young Conaway Stargatt & Taylor, LLP
Adria B. Martinelli, Esquire (#4056)
The Brandywine Building
1000 West Street, 17th Floor
PO Box 391
Wilmington DE  19899-0391
*Attorneys for Defendant*


OF COUNSEL:
Anthony J. Hall, Esq.
FISHER & PHILLIPS LLP
1250 Lincoln Plaza
300 South Orange Avenue
Orlando, Florida 32801

A.  Service was made by mailing two copies postage pre-paid through the United States Postal Service on August 29, 2005.

B.  The original PLAINTIFF'S RESPONSE TO DEFENDANTS' THIRD AND FOURTH REUEST FOR PRODUCTION OF DOCUMENTS and CERTIFICATE OF SERVICE have been retained by the undersigned as custodian.

                                                                        GRADY & HAMPTON, LLC

                                                      /S/ Laura Browning, Esquire (4504)
                                                      John S. Grady, Esquire (I. D. No. 009)
                                                      Laura F. Browning, Esquire (I.D. No. 4504)
                                                      6 North Bradford Street
                                                      Dover, DE  19904
                                                      (Tel. 302-678-1265)
                                                      jgrady@gradyhampton.com
                                                      lbrowning@gradyhampton.com
                                                      *Attorneys for plaintiff*

DATED:  August 29, 2005