## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JACLYN DRYDEN, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-1528-KAJ |
| DOLLAR GENERAL CORPORATION and DOLGENCORP., INC., | : |
| Defendants. | : |

## ORDER

At Wilmington this **29th** day of **September, 2005**,

IT IS ORDERED that the mediation conference scheduled for Thursday, October 6, 2005 beginning at 10:00 a.m. has been rescheduled for **Friday, April 28, 2006 at 9:00 a.m. Dress for the mediation is casual.** Submissions of the parties shall be due on or before **Tuesday, April 18, 2005.** All other provisions of the Court's April 22, 2005 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE