IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JACLYN DRYDEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1528-KAJ |
| | ) | |
| DOLLAR GENERAL CORPORATION, and DOLGENCORP. INC., | ) ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

At Wilmington this **28th** day of **October, 2005**,

IT IS ORDERED that the status teleconference presently set for **November 15, 2005 at 4:30 p.m.** is hereby rescheduled to **November 15, 2005 at 4:00 p.m.** Counsel for plaintiff shall initiate the call.

*/s/ Kent A. Jordan*
UNITED STATES DISTRICT JUDGE