**GRADY & HAMPTON, LLC**
6 NORTH BRADFORD STREET
DOVER, DELAWARE 19904

JOHN S. GRADY
STEPHEN A. HAMPTON
LAURA F. BROWNING

DOVER    (302) 678-1265
SUSSEX   (302) 855-1313
FAX      (302) 678-3544

November 3, 2005

The Honorable Kent A. Jordan
844 King Street, Lockbox 10
Wilmington DE 19801

    **RE:   Dryden v. Dollar General Corp., C.A. No. 04-1528-KAJ**

Dear Judge Jordan:

    This letter represents Plaintiff's status report.

    Written interrogatories and requests for production have generally been completed by both sides. Depositions are in the process of being scheduled for December for the parties and key witnesses.

    Mr. Hall has requested a one-month extension of the discovery deadline in order to take the deposition of Plaintiff's expert and to allow Plaintiff to take the deposition of Defendant's expert, who has not yet been identified. I have no objection to his request.

    In my review of the brief schedule, it appears to me that we are still on track. The original mediation date was postponed and the new mediation date is April 28, 2005.

    Sincerely Yours,

    John S. Grady

JSG:rlw
cc:   Anthony Hall, Esquire