IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JACLYN DRYDEN, | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 04-1528-KAJ |
| | ) | |
| DOLLAR GENERAL CORPORATION, | ) | |
| and DOLGENCORP, INC., | ) | |
| Defendants. | ) | |

## NOTICE OF DEPOSITION OF ERIC DRYDEN

PLEASE TAKE NOTICE that the undersigned will take the deposition upon oral examination of Eric Dryden, pursuant to Rule 30 of the Federal Rules of Procedure on **Thursday, December 15, 2005, at 11:00 a.m.** This deposition will take place at the law offices of Grady & Hampton, LLC, 6 N. Bradford Street, Dover, DE 19904, before an officer authorized to take such depositions. The deposition will be recorded by stenographic means and may be recorded by videotape. The deposition shall continue from day to day until completed.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Adria B. Martinelli
Adria B. Martinelli, Esquire (Bar I.D. 4056)
The Brandywine Building, 17th Floor
1000 West Street, P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6613
Facsimile: (302) 576-3314
Email: amartinelli@ycst.com
**OF COUNSEL:**
Anthony J. Hall, Esquire
Natalie J. Storch, Esquire
FISHER & PHILLIPS LLP
1250 Lincoln Plaza, 300 South Orange Avenue
Orlando, FL 32801
Telephone: (407) 541-0888; Facsimile: (407) 541-0887
Attorneys for Defendants
DOLLAR GENERAL CORPORATION and
DOLGENCORP, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JACLYN DRYDEN, ) | |
|     Plaintiff, ) | |
|   v. ) | C.A. No. 04-1528-KAJ |
| ) | |
| DOLLAR GENERAL CORPORATION, ) | |
| and DOLGENCORP, INC., ) | |
|     Defendants. ) | |

### CERTIFICATE OF SERVICE

I, Adria B. Martinelli, Esquire, hereby certify that on November 16, 2005, I electronically filed a true and correct copy of the foregoing **Notice of Deposition and this Certificate of Service** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

    John S. Grady, Esquire
    Grady and Hampton, LLC
    6 North Bradford Street
    Dover, DE 19904

    YOUNG CONWAY STARGATT & TAYLOR LLP

    /s/ Adria B. Martinelli
    Adria B. Martinelli, Esquire (Bar I.D. 4056)
    The Brandywine Building, 17th Floor
    1000 West Street, P.O. Box 391
    Wilmington, Delaware 19899-0391
    Telephone: (302) 571-6613
    Facsimile: (302) 576-3314
    Email: amartinelli@ycst.com
    Attorneys for Defendants
    DOLLAR GENERAL CORPORATION and
    DOLGENCORP, INC.