**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JACLYN DRYDEN, | } |
| | } |
| Plaintiff, | } |
| | } |
| | } Civ. No. 04-1528-KAJ |
| v. | } |
| | } |
| | } |
| DOLLAR GENERAL CORPORATION, | } |
| and DOLGENCORP, INC. | } |
| | } |
| Defendants. | } |

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 17th day of November 2005, one true copy of the attached Notice of Deposition was served via Lexis Nexis to the following:

Anthony J. Hall, Esquire  
Fisher & Phillips LLP  
1250 Lincoln Plaza  
300 South Orange Avenue  
Orlando, FL 32801  

Adria B. Martinelli  
Young, Conaway, Stargatt & Taylor, LLP  
The Brandywine Building, 17th Floor  
1000 West Street, P.O. Box 0391  
Wilmington, DE 19899-0391  

    GRADY & HAMPTON, LLC

    /s/ Laura F. Browning  
    John S. Grady, Esquire (#009)  
    Laura F. Browning, Esquire (#4504)  
    6 North Bradford Street  
    Dover, DE 19904  
    (302) 678-1265  
    Attorneys for Plaintiff