**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JACLYN DRYDEN, | } |
| | } |
| Plaintiff, | } |
| | } |
| | }  Civ. No. 04-1528-KAJ |
| v. | } |
| | } |
| | } |
| DOLLAR GENERAL CORPORATION, | } |
| and DOLGENCORP, INC. | } |
| | } |
| Defendants. | } |

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 17th day of November 2005, one true copy of the attached Notice of Deposition was served via Lexis Nexis to the following:

| | |
|---|---|
| Anthony J. Hall, Esquire | Adria B. Martinelli |
| Fisher & Phillips LLP | Young, Conaway, Stargatt & Taylor, LLP |
| 1250 Lincoln Plaza | The Brandywine Building, 17th Floor |
| 300 South Orange Avenue | 1000 West Street, P.O. Box 0391 |
| Orlando, FL 32801 | Wilmington, DE 19899-0391 |

                                  GRADY & HAMPTON, LLC

                                  /s/ Laura F. Browning
                                John S. Grady, Esquire (#009)
                                Laura F. Browning, Esquire (#4504)
                                6 North Bradford Street
                                Dover, DE 19904
                                (302) 678-1265
                                Attorneys for Plaintiff