IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JACLYN DRYDEN, )<br>         Plaintiff, )<br>  v. )<br>                    )<br>DOLLAR GENERAL CORPORATION, )<br>and DOLGENCORP, INC., )<br>         Defendants. ) | C.A. No. 04-1528-KAJ |

## NOTICE OF SERVICE

     I, Adria B. Martinelli, Esquire, hereby certify that on November 23, 2005, a true and correct copy of **Defendant's Second Supplemental Rule 26(a)(1) Disclosures** were served by depositing same in the United States Mail, postage prepaid, and that I electronically filed a true and correct copy of this Notice of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record to the following counsel of record.

        John S. Grady, Esquire
        Grady and Hampton, LLC
        6 North Bradford Street
        Dover, DE 19904

        YOUNG CONWAY STARGATT & TAYLOR LLP

        /s/ Adria B. Martinelli
        Adria B. Martinelli, Esquire (Bar I.D. 4056)
        The Brandywine Building, 17th Floor
        1000 West Street, P.O. Box 391
        Wilmington, Delaware 19899-0391
        Telephone: (302) 571-6613
        Facsimile: (302) 576-3314
        Email: amartinelli@ycst.com

OF COUNSEL:
Anthony J. Hall, Esquire
Natalie J. Hall, Esquire
FISHER & PHILLIPS LLP
1250 Lincoln Plaza
300 South Orange Avenue
Orlando, FL 32801
Telephone: (407) 541-0888
Facsimile: (407) 541-0887

Attorneys for Defendants
DOLLAR GENERAL CORPORATION and
DOLGENCORP, INC.