IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JACLYN DRYDEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1528-KAJ |
| | ) | |
| DOLLAR GENERAL CORPORATION, | ) | |
| and DOLGENCORP. INC., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Pursuant to the status conference conducted by telephone on November 15, 2005, the parties have agreed to extend the discovery cutoff by one month, until February 3, 2006. The extension of this deadline will not affect the other deadlines set forth in the Court's Scheduling Order.

| | |
|---|---|
| YOUNG CONWAY STARGATT & TAYLOR LLP | GRADY & HAMPTON |
| /s/ Adria B. Martinelli | /s/ Laura F. Browning |
| Adria B. Martinelli, Esquire (Bar I.D. 4056) | John S. Grady (Bar I.D. 0009) |
| The Brandywine Building, 17th Floor | Laura F. Browning (Bar I.D. 4504) |
| 1000 West Street, P.O. Box 391 | 6 N. Bradford Street |
| Wilmington, Delaware 19899-0391 | Dover, DE 19901 |
| Telephone: (302) 571-6613 | Telephone: (302) 678-1265 |
| Facsimile: (302) 576-3314 | Telecopier: (302) 678-3544 |
| Email: amartinelli@ycst.com | Email: jgrady@gradyhampton.com; |
| **OF COUNSEL:** | lbrowning@gradyhampton.com |
| Anthony J. Hall, Esquire | Attorneys for Plaintiff |
| Natalie J. Storch, Esquire | Jaclyn Dryden |
| FISHER & PHILLIPS LLP | |
| 1250 Lincoln Plaza, 300 South Orange Avenue | |
| Orlando, FL 32801 | |
| Telephone: (407) 541-0888 | |
| Facsimile: (407) 541-0887 | |
| Attorneys for Defendants | |
| DOLLAR GENERAL CORPORATION | |
| and DOLGENCORP, INC. | |

**SO ORDERED** this _____ day of _____, 2005.

_____
Judge Jordan

DB01:1920594.1                                                                                                                063717.1002