IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JACLYN DRYDEN, | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 04-1528-KAJ |
| | ) | |
| DOLLAR GENERAL CORPORATION, | ) | |
| and DOLGENCORP, INC., | ) | |
| Defendants. | ) | |

## NOTICE OF DEPOSITION DUCES TECUM

PLEASE TAKE NOTICE that the undersigned will take the deposition duces tecum upon oral examination of **Dr. David C. Sibley**, pursuant to Rule 30 of the Federal Rules of Procedure on **Friday, January 27, 2006, at 9:30 a.m.**  This deposition will take place at the law offices of Grady & Hampton, LLC, 6 N. Bradford Street, Dover, DE 19904, before an officer authorized to take such depositions.  The deposition will be recorded by stenographic means and may be recorded by videotape.  The deposition shall continue from day to day until completed.  The deponent is required to furnish the items listed on Exhibit A attached.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Adria B. Martinelli
Adria B. Martinelli, Esquire (Bar I.D. 4056)
The Brandywine Building, 17th Floor
1000 West Street, P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6613
Facsimile: (302) 576-3314
Email: amartinelli@ycst.com

**OF COUNSEL:**
Anthony J. Hall, Esquire
Natalie J. Storch, Esquire
FISHER & PHILLIPS LLP
1250 Lincoln Plaza, 300 South Orange Avenue
Orlando, FL 32801
Telephone: (407) 541-0888; Facsimile: (407) 541-0887
Attorneys for Defendants
DOLLAR GENERAL CORPORATION and
DOLGENCORP, INC.

cc:    Debra Moquin Reporting

## EXHIBIT A

RE:     Jaclyn Dryden
        DOB: 1██████
        SSN: ██████████

1.      Any and all records, correspondence, memoranda, depositions, or other documentation forwarded to or utilized by you in your review of the above-styled litigation.

2.      Any and all documents, reports, correspondence, memoranda, and any writings generated or prepared by you as a result of your review as an expert in the above-styled litigation.

3.      All authorities and documents upon which you rely in forming your opinions.

4.      Copies of all articles authored or co-authored by you.

5.      Copies of any sworn testimony, affidavits, or depositions given by you in any matter in the past in which you have been retained as an expert witness in your immediate possession.

6.      A copy of your bill for services in the above-styled litigation.

7.      Copies of all correspondence to or from the attorneys who retained you in the above-styled litigation.

8.      A current copy of your curriculum vitae.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JACLYN DRYDEN,               )
                 Plaintiff,     )
           v.          )    C.A. No. 04-1528-KAJ
                   )
DOLLAR GENERAL CORPORATION,  )
and DOLGENCORP, INC.,      )
             Defendants.  )

## CERTIFICATE OF SERVICE

       I, Adria B. Martinelli, Esquire, hereby certify that on January 11, 2006, I

electronically filed a true and correct copy of the foregoing **Notice of Deposition Duces**

**Tecum** with the Clerk of the Court using CM/ECF, which will send notification that such

filing is available for viewing and downloading to the following counsel of record:

       John S. Grady, Esquire
       Grady and Hampton, LLC
       6 North Bradford Street
       Dover, DE 19904

       YOUNG CONWAY STARGATT & TAYLOR LLP

       /s/ Adria B. Martinelli
       Adria B. Martinelli, Esquire (Bar I.D. 4056)
       The Brandywine Building, 17th Floor
       1000 West Street, P.O. Box 391
       Wilmington, Delaware 19899-0391
       Telephone: (302) 571-6613
       Facsimile: (302) 576-3314
       Email: amartinelli@ycst.com

OF COUNSEL:
Anthony J. Hall, Esquire
Natalie J. Hall, Esquire
FISHER & PHILLIPS LLP
1250 Lincoln Plaza
300 South Orange Avenue
Orlando, FL 32801
Telephone: (407) 541-0888
Facsimile: (407) 541-0887

Attorneys for Defendants
DOLLAR GENERAL CORPORATION and
DOLGENCORP, INC.