IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JACLYN DRYDEN,                              ) | |
|     Plaintiff,          ) | |
|   v.                              ) | C.A. No. 04-1528-KAJ |
|                                             ) | |
| DOLLAR GENERAL CORPORATION,                 ) | |
| and DOLGENCORP, INC.,                       ) | |
|     Defendants.         ) | |

### RENOTICE OF DEPOSITIONS

  PLEASE TAKE NOTICE that the undersigned will take the depositions upon oral examination of the following persons, pursuant to Rule 30 of the Federal Rules of Procedure on the date and time listed below. The depositions will take place at the law offices of Grady & Hampton, LLC, 6 N. Bradford Street, Dover, DE 19904, before an officer authorized to take such depositions. The depositions will be recorded by stenographic means and may be recorded by videotape. The depositions shall continue from day to day until completed.

        **James Slutter**
        **Thursday, January 26, 2006, 9:30 a.m.**

        **Eric Dryden**
        **Thursday, January 26, 2006, 11:00 a.m.**

        **Robert Hartly**
        **Thursday, January 26, 2006, 2:30 p.m.**

        **Sara Griffin**
        **Thursday, January 26, 2006, 3:30 pm**

        **Debra Griffin**
        **Thursday, January 26, 2006, 4:30 pm**

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Adria B. Martinelli
Adria B. Martinelli, Esquire (Bar I.D. 4056)
The Brandywine Building, 17th Floor
1000 West Street, P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6613
Facsimile: (302) 576-3314
Email: amartinelli@ycst.com

**OF COUNSEL:**
Anthony J. Hall, Esquire
Natalie J. Storch, Esquire
FISHER & PHILLIPS LLP
1250 Lincoln Plaza, 300 South Orange Avenue
Orlando, FL 32801
Telephone: (407) 541-0888; Facsimile: (407) 541-0887
Attorneys for Defendants
DOLLAR GENERAL CORPORATION and
DOLGENCORP, INC.

cc:   Debra Moquin Reporting

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JACLYN DRYDEN, ) | |
|            Plaintiff, ) | |
|        v. ) | C.A. No. 04-1528-KAJ |
| ) | |
| DOLLAR GENERAL CORPORATION, ) | |
| and DOLGENCORP, INC., ) | |
|            Defendants. ) | |

## CERTIFICATE OF SERVICE

I, Adria B. Martinelli, Esquire, hereby certify that on January 19, 2006, I electronically filed a true and correct copy of the foregoing **Renotice of Depositions** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> John S. Grady, Esquire
> Grady and Hampton, LLC
> 6 North Bradford Street
> Dover, DE 19904

> YOUNG CONWAY STARGATT & TAYLOR LLP

> /s/ Adria B. Martinelli
> Adria B. Martinelli, Esquire (Bar I.D. 4056)
> The Brandywine Building, 17th Floor
> 1000 West Street, P.O. Box 391
> Wilmington, Delaware 19899-0391
> Telephone: (302) 571-6613
> Facsimile: (302) 576-3314
> Email: amartinelli@ycst.com

OF COUNSEL:
Anthony J. Hall, Esquire
Natalie J. Hall, Esquire
FISHER & PHILLIPS LLP
1250 Lincoln Plaza
300 South Orange Avenue
Orlando, FL 32801
Telephone: (407) 541-0888
Facsimile: (407) 541-0887

Attorneys for Defendants
DOLLAR GENERAL CORPORATION and
DOLGENCORP, INC.