AO 88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT
## FOR DISTRICT OF DELAWARE

JACLYN DRYDEN

**SUBPOENA IN A CIVIL CASE**

V.

CASE NUMBER:[1]   04-1528-KAJ

DOLLAR GENERAL CORPORATION

TO: Dr. David C. Sibley
Delaware Health and Social Serivces
805 River Road
Dover, DE 19901
(302) 739-4275

YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| At Law Offices of Grady & Hampton, 6 North Bradford Street, Dover, DE | January 27, 2006 at 9:30 a.m. |

YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| At Law Offices of Grady & Hampton, 6 North Bradford Street, Dover, DE<br>SEE ATTACHED EXHIBIT "A" | January 27, 2006 at 9:30 a.m. |

YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure. 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]* Adria Martinelli   Atty. for Defendant | 1/10/06 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Anthony J. Hall, Esquire, Fisher & Phillips, 300 South Orange Avenue, Suite 1250, Orlando, Florida (407) 541-0888 and Adria B. Martinelli, Esquire, Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 17th Floor, PO Box 391, Wilmington, DE 19899-1031

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

[1] If action is pending in district other than district of issuance, state district under case number.

Orlando 72795 1

AO 88 (Rev. 11/91) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | January 12, 2006 | Delaware Health & Social Services, 805 River Road, Dover DE 19901 |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| Dr. David C. Sibley. Service accepted by Dr. Sibley, himself at 3:16 pm. | Subpoena |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Edward Jones | Process Server |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 1/12/06
DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

Dover DE 19901

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.
(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.
(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.
(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.
(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it
(i) fails to allow reasonable time for compliance;
(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or
(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
(iv) subjects a person to undue burden.
(B) If a subpoena
(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial. the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.
(d) DUTIES IN RESPONDING TO SUBPOENA
(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.
(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

Orlando 72795 1

# EXHIBIT A

RE:  Jaclyn Dryden
     DOB: 12/19/81
     SSN: 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

1. Any and all records, correspondence, memoranda, depositions, or other documentation forwarded to or utilized by you in your review of the above-styled litigation.

2. Any and all documents, reports, correspondence, memoranda, and any writings generated or prepared by you as a result of your review as an expert in the above-styled litigation.

3. All authorities and documents upon which you rely in forming your opinions.

4. Copies of all articles authored or co-authored by you.

5. Copies of any sworn testimony, affidavits, or depositions given by you in any matter in the past in which you have been retained as an expert witness in your immediate possession.

6. A copy of your bill for services in the above-styled litigation.

7. Copies of all correspondence to or from the attorneys who retained you in the above-styled litigation.

8. A current copy of your curriculum vitae.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JACLYN DRYDEN, | ) | |
|        Plaintiff, | ) | |
| v. | ) | C.A. No. 04-1528-KAJ |
| | ) | |
| DOLLAR GENERAL CORPORATION, | ) | |
| and DOLGENCORP, INC., | ) | |
|        Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, Adria B. Martinelli, Esquire, hereby certify that on January 17, 2006, I electronically filed a true and correct copy of the foregoing **Subpoena In A Civil Case for Dr. David C. Sibley** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

John S. Grady, Esquire
Grady and Hampton, LLC
6 North Bradford Street
Dover, DE 19904

YOUNG CONWAY STARGATT & TAYLOR LLP

/s/ Adria B. Martinelli
Adria B. Martinelli, Esquire (Bar I.D. 4056)
The Brandywine Building, 17th Floor
1000 West Street, P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6613
Facsimile: (302) 576-3314
Email: amartinelli@ycst.com

OF COUNSEL:
Anthony J. Hall, Esquire
Natalie J. Hall, Esquire
FISHER & PHILLIPS LLP
1250 Lincoln Plaza
300 South Orange Avenue
Orlando, FL 32801
Telephone: (407) 541-0888
Facsimile: (407) 541-0887

Attorneys for Defendants
DOLLAR GENERAL CORPORATION and
DOLGENCORP, INC.

**Codding, Cathy**

**From:** ded_nefreply@ded.uscourts.gov
**Sent:** Tuesday, January 17, 2006 9:59 AM
**To:** ded_ecf@ded.uscourts.gov
**Subject:** Activity in Case 1:04-cv-01528-KAJ Dryden v. Dollar General Corp., et al "Subpoena"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

## District of Delaware

Notice of Electronic Filing

The following transaction was received from Martinelli, Adria entered on 1/17/2006 at 9:59 AM EST and filed on 1/17/2006

**Case Name:** Dryden v. Dollar General Corp., et al
**Case Number:** 1:04-cv-1528
**Filer:** Dollar General Corporation
Dolgencorp Inc.

**Document Number:** 60

**Docket Text:**
SUBPOENA filed by all defendants directed to Dr. David C. Sibley for 01/27/06, 9:30 a.m., (Martinelli, Adria)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=1/17/2006] [FileNumber=153825-0]
[c2f86c80b95038231809b4b59403fe4770367f0fcabe1e14e76a740ca0d708fd9f2e
dd0fcd4499b3ea12caec1e7743a6d64829268d7601e0cde72a9e2d43beb5]]

**1:04-cv-1528 Notice will be electronically mailed to:**

John S. Grady   jgrady@gradyhampton.com, rward@gradyhampton.com

Adria Benner Martinelli   amartinelli@ycst.com, ccodding@ycst.com; dcoles@ycst.com; rruggieri@ycst.com

**1:04-cv-1528 Notice will be delivered by other means to:**

1/17/2006