IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JACLYN DRYDEN, ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 04-1528-KAJ |
| ) | |
| DOLLAR GENERAL CORPORATION, ) | |
| and DOLGENCORP, INC., ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

I, Adria B. Martinelli, Esquire, hereby certify that on January 20, 2006, a true and correct copy of **Defendants' Fourth Supplemental Rule 26(a)(1) Disclosures** were served by depositing same in the United States Mail, postage prepaid, and that I electronically filed a true and correct copy of this Notice of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record to the following counsel of record.

      John S. Grady, Esquire
      Grady and Hampton, LLC
      6 North Bradford Street
      Dover, DE 19904

      YOUNG CONWAY STARGATT & TAYLOR LLP

      /s/ Adria B. Martinelli
      Adria B. Martinelli, Esquire (Bar I.D. 4056)
      The Brandywine Building, 17th Floor
      1000 West Street, P.O. Box 391
      Wilmington, Delaware 19899-0391
      Telephone: (302) 571-6613
      Facsimile: (302) 576-3314
      Email: amartinelli@ycst.com

OF COUNSEL:
Anthony J. Hall, Esquire
Natalie J. Hall, Esquire
FISHER & PHILLIPS LLP
1250 Lincoln Plaza
300 South Orange Avenue
Orlando, FL 32801
Telephone: (407) 541-0888
Facsimile: (407) 541-0887

Attorneys for Defendants
DOLLAR GENERAL CORPORATION and
DOLGENCORP, INC.