IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JACLYN DRYDEN, } | |
| } | |
| Plaintiff, } | |
| } | |
| } | Civ. No. 04-1528-KAJ |
| v. } | |
| } | |
| } | |
| DOLLAR GENERAL CORPORATION, } | |
| and DOLGENCORP, INC. } | |
| } | |
| Defendants. } | |

**JOINT STIPULATION AND ORDER TO DISMISS**

WHERFORE, Plaintiff Jaclyn Dryden and Defendants, Dollar General Corporation and Dolgencorp, Inc. hereby agree to dismiss the above action with prejudice.

FISHER & PHILLIPS, LLP                    GRADY & HAMPTON, LLC


  /s/ Adria B. Martinelli                       /s/ Laura F. Browning         .
Adria B. Martinelli, (4056)               John S. Grady, (009)
The Brandywine Building, 17th Floor       Laura F. Browning, (4504)
1000 West Street, P.O. Box 391            6 North Bradford Street
Wilmington, DE 19899-0391                 Dover, DE 19904
(302) 571-6613                            (302) 678-1265
(302) 576-3314                            (302) 678-3544
Email: amartinelli@ycst.com               Email: jgrady@gradyhampton.com
**OF COUNSEL:**                           Attorneys for Plaintiff Dryden
Anthony J. Hall, Esquire
Natalie J. Storch, Esquire
FISHER & PHILLIPS, LLP
1250 Lincoln Plaza
300 South Orange Ave.
Orlando, FL 32801

(407) 541-0888
Attorney for Defendants Dollar General
Corporation, and Dolgencorp., Inc.

      WHEREFORE, it is hereby ordered on this _____ day of March 2006 that the above action shall be dismissed with prejudice.

                                              _____
                                              Judge Kent Jordan