

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JACLYN DRYDEN, | } |
| Plaintiff, | } |
| v. | } Civ. No. 04-1528-KAJ |
| DOLLAR GENERAL CORPORATION, and DOLGENCORP, INC. | } |
| Defendants. | } |

### JOINT STIPULATION AND ORDER TO DISMISS

WHERFORE, Plaintiff Jaclyn Dryden and Defendants, Dollar General Corporation and Dolgencorp, Inc. hereby agree to dismiss the above action with prejudice.

| FISHER & PHILLIPS, LLP | GRADY & HAMPTON, LLC |
|---|---|
| /s/ Adria B. Martinelli | /s/ Laura F. Browning |
| Adria B. Martinelli, (4056) | John S. Grady, (009) |
| The Brandywine Building, 17th Floor | Laura F. Browning, (4504) |
| 1000 West Street, P.O. Box 391 | 6 North Bradford Street |
| Wilmington, DE 19899-0391 | Dover, DE 19904 |
| (302) 571-6613 | (302) 678-1265 |
| (302) 576-3314 | (302) 678-3544 |
| Email: amartinelli@ycst.com | Email: jgrady@gradyhampton.com |
| **OF COUNSEL:** | Attorneys for Plaintiff Dryden |
| Anthony J. Hall, Esquire | |
| Natalie J. Storch, Esquire | |
| FISHER & PHILLIPS, LLP | |
| 1250 Lincoln Plaza | |
| 300 South Orange Ave. | |
| Orlando, FL 32801 | |

(407) 541-0888
Attorney for Defendants Dollar General
Corporation, and Dolgencorp., Inc.

WHEREFORE, it is hereby ordered on this 23rd day of March 2006 that the above action shall be dismissed with prejudice.

Judge Kent Jordan