IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JACLYN DRYDEN, | : |
|         Plaintiff, | : |
| v. | :   Civil Action No. 04-1528-KAJ |
| DOLLAR GENERAL CORPORATION and DOLGENCORP., INC., | : |
|         Defendants. | : |

## ORDER

At Wilmington this **20th** day of **April, 2006**,

IT IS ORDERED that the mediation conference scheduled for Friday, April 28, 2006 at 9:00 a.m. is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                            /s/ Mary Pat Thynge
                                            UNITED STATES MAGISTRATE JUDGE